**IN THE SUPREME COURT OF PENNSYLVANIA**
**MIDDLE DISTRICT**

| | | |
|---|---|---|
| CHRISTIAN STAHL, | : | No. 28 MAP 2018 |
| | : | |
| Appellant | : | Appeal from the Order of the |
| | : | Commonwealth Court at No. 385 MD |
| | : | 2017 dated May 2, 2018 |
| v. | : | |
| | : | |
| | : | |
| FORMER PRESIDENT JUDGE CHAD F. | : | |
| KENNEY (IN HIS OFFICIAL | : | |
| ADMINISTRATIVE CAPACITY); JUDGE | : | |
| WILLIAM C. MACKRIDES  (IN HIS | : | |
| OFFICIAL CAPACITY); JUDGE LINDA A. | : | |
| CARTISANO (IN HER OFFICIAL | : | |
| CAPACITY); JUDGE BARRY C. DOZOR | : | |
| (IN HIS OFFICIAL CAPACITY); | : | |
| CUSTODY CONCILIATOR GREGORY J. | : | |
| HURCHALLA (INDIVIDUALLY AND IN | : | |
| HIS OFFICIAL CAPACITY), AND CRAIG | : | |
| BRANDEN HUFFMAN, ESQ., | : | |
| | : | |
| Appellees | : | |

## ORDER

**PER CURIAM**                                          **DECIDED:  March 26, 2019**

     **AND NOW,** this 26th day of March, 2019, the order of the Commonwealth Court is

**AFFIRMED**.